# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| DANIEL SANDERS, ADC #94279 | * | |
| | * | |
| PETITIONER, | * | |
| vs. | * | |
| | * | No. 5:10-cv-00323-SWW-JJV |
| RAY HOBBS, Director, Arkansas | * | |
| Department of Correction, | * | |
| | * | |
| RESPONDENT. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED. A certificate of appealability is DENIED.

DATED this 4th day of April, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE